DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS LEE MUNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2453

[November 8, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 562016CF002372A.

Carey Haughwout, Public Defender, and Peggy Natale, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Celia Terenzio, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***